BILL LOCKYER, Attorney General
  of the State of California
TOM GREENE
  Chief Assistant Attorney General
THEODORA BERGER
  Assistant Attorney General
KEN ALEX
  Supervising Deputy Attorney General
SALLY MAGNANI KNOX (State Bar No. 161677)
CLAUDIA POLSKY (State Bar No. 185505)
  Deputy Attorneys General
1515 Clay Street, Suite 2000
P. O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2112
Facsimile:  (510) 622-2270

Attorneys for Plaintiff PEOPLE OF THE
STATE OF CALIFORNIA, ex rel. BILL LOCKYER,
ATTORNEY GENERAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,** *ex rel.* **BILL LOCKYER, ATTORNEY GENERAL,**<br><br>                    Plaintiff,<br><br>                    v.<br><br>**UNITED STATES FOREST SERVICE, JACK BLACKWELL, in his official capacity as Regional Forester For the Pacific Southwest Region, and ARTHUR L. GAFFREY, in his official capacity as Forest Supervisor of the Sequoia National Forest,**<br><br>                    Defendants. | CASE NO:  3:05-CV-00898 CRB<br><br>Related Case: 3:04-CV-02588 CRB<br><br>**STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER FOR RELATED CASES** |
| **SIERRA CLUB, TULE RIVER CONSERVANCY, SIERRA NEVADA FOREST PROTECTION CAMPAIGN, EARTH ISLAND INSTITUTE, SEQUOIA FORESTKEEPER, and CENTER FOR BIOLOGICAL DIVERSITY, non-profit organizations,**<br><br>                    Plaintiffs, | CASE NO:  3:05-CV-00397 CRB<br><br>Related Case: 3:04-CV-02588 CRB |

1

|   | v. |
|---|---|
|   | DALE BOSWORTH, JACK BLACKWELL, KENT CONNAUGHTON, ARTHUR GAFFREY, UNITED STATES FOREST SERVICE, et al., |
|   | Defendants. |

These two separate lawsuits have been filed to challenge the Federal Defendants' Record of Decision and Giant Sequoia National Monument Management Plan Final Environmental Impact Statement. Case number 3:05-CV-00397 CRB has been filed by a group of environmental organizations (the "Environmental Group Action"). Case number 3:05-CV-00898 has been filed by the Attorney General of the State of California representing the People of California (the "State Action"). The defendants named in both actions overlap. At the case management conference on July 14, the Court excused all parties from alternative dispute resolution processes at this time. The Court further requested that the parties prepare and submit a stipulated briefing schedule.

The parties in both related cases wish to avoid duplicate briefing schedules and to streamline resolution of both cases to the extent possible. Accordingly, all of the parties in the two related cases have met and conferred and now stipulate to this coordinated briefing schedule. In addition, the parties have consulted with counsel for the entities granted amici status and those entities concur with the schedule below as it relates to the timing of their brief and response:

| Date | Event |
|---|---|
| August 1, 2005 | Environmental Group Action plaintiffs to file amended complaint |
| August 23, 2005 | Defendants agree to lodge and serve the administrative record for both cases |
| August 24, 2005 | Defendants to answer the complaint in the State Action |
| September 12, 2005 | Defendants to answer the amended complaint in the Environmental Group Action |
| October 21, 2005 | State Action plaintiff's motion for summary judgment and any motion to supplement the administrative record |

| | | |
|---|---|---|
| 2 | November 11, 2005 | Environmental Group Action plaintiffs' motion for summary judgment and any motion to supplement the administrative record |
| 3, 4 | December 16, 2005 | Defendants' combined cross-motion for summary judgment and opposition to State Action plaintiffs' motion for summary judgment and any response to a motion to supplement the administrative record |
| 5, 6 | December 16, 2005 | Amicus brief in response to State Action plaintiff's motion for summary judgment and to supplement the administrative record |
| 7, 8, 9 | January 13, 2006 | Defendants' combined cross-motion for summary judgment and opposition to Environmental Group Action plaintiffs' motion for summary judgment and any response to a motion to supplement the administrative record |
| 10, 11 | January 13, 2006 | Amicus brief in response to Environmental Group Action plaintiffs' motion for summary judgment and to supplement the administrative record |
| 12, 13, 14 | February 7, 2006 | State Action plaintiff's combined reply brief and opposition to defendants' cross-motion and reply on motion to supplement the administrative record |
| 15 | February 17, 2006 | State Action plaintiff's reply to amicus brief |
| 16, 17 | March 8, 2006 | Environmental Group Action plaintiffs' combined reply brief and opposition to defendants' cross-motion and reply on motion to supplement the administrative record |
| 18, 19 | March 20, 2006 | Environmental Group Action plaintiffs' reply to amicus brief |
| 20 | February 27, 2006 | Defendants' reply on cross-motion for summary judgment in State Action |
| 21, 22 | March 30, 2006 | Defendants' reply on cross-motion for summary judgment in Environmental Group Action. |
| 23 | April 21, 2006 (or as soon as the Court's schedule allows) | Requested hearing date. |

The parties acknowledge that any party may seek to modify the schedule to permit discovery in the event that another party seeks to rely on extra-record materials. All parties reserve the right to oppose any motion to modify the schedule and any discovery. The parties request that any such motion to modify the schedule be considered by the Court on an expedited

3

basis.

DATED: August 1, 2005					Respectfully submitted,

BILL LOCKYER
  Attorney General of the State of California
THEODORA BERGER
  Senior Assistant Attorney General
KEN ALEX
  Supervising Deputy Attorney General
CLAUDIA POLSKY
  Deputy Attorney General

By: _____/S/_____
SALLY MAGNANI KNOX
Deputy Attorney General
Attorneys for Plaintiff
People of the State of California


  /s/ as authorized on July 29, 2005
PATRICK GALLAGHER
ERIC HUBER
Attorneys for the Sierra Club and Tule River Conservancy
85 Second Street
San Francisco, CA 94105
(415) 977-5709


/s/ as authorized on July 29, 2005
DEBORAH REAMES
GEORGE TORGUN
EARTHJUSTICE
Attorneys for Sierra Nevada Forest Protection Campaign and Center for Biological Diversity
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725


   /s/ as authorized on July 29, 2005
RACHEL M. FAZIO
JOHN MUIR PROJECT
Attorneys for Earth Island Institute and Sequoia Forestkeeper
P.O. Box 697
Cedar Ridge, CA 95924
(530) 273-9290

        /s/ as authorized on July 29, 2005
CYNTHIA S. HUBER
Senior Attorney
RACHEL DOUGAN
Trial Attorney
NATURAL RESOURCES SECTION
ENVIRONMENT AND NATURAL RESOURCES
DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Telephone:  (202) 514-5273
Fascimile:   (202) 305-0506

JAMES CODA
United States Attorney
Northern District of California

**CASE MANAGEMENT ORDER**

**The Court hereby adopts this stipulated briefing schedule for the cases and the parties are ordered to comply with this Order.**

Dated: August 2, 2005

_____
THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer*