**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF
CALIFORNIA, *ex. rel.* BILL LOCKYER,
ATTORNEY GENERAL,

        Plaintiff,

  v.

UNITED STATES FOREST SERVICE, et
al.

        Defendants.
                          /

No. C 05-00898 CRB

Related Case No. C 05-00397
Related Case No. C 04-02588

**ORDER CONTINUING ORAL
ARGUMENT**

      The Court is currently scheduled to hear oral argument on cross motions for summary

judgment on April 21, 2006.  The Court instructs the parties that the oral argument is hereby

continued until May 1, 2006, at 2:30 p.m.

      **IT IS SO ORDERED.**

Dated: April 17, 2006

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0898\order briefing schedule.wpd