1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAMES CODA (SBN 1012669 (WI))
   Assistant United States Attorney
3  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
4  Telephone: (415) 536-6967
   Facsimile: (415) 436-6748
5  SUE ELLEN WOOLDRIDGE
   Assistant Attorney General
6  CYNTHIA S. HUBER
   cynthia.huber@usdoj.gov
7  Acting Assistant Section Chief
   RACHEL A. DOUGAN
8  Environment and Natural Resources Div.
   U.S. Dept. of Justice
9  P.O. Box 663, Ben Franklin Station
   Washington, DC 20044-0663
10 Tel: (202) 514-5273/Facsimile: (202) 305-0506

11 Attorneys for Defendants

12                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14 SIERRA CLUB, ET AL.,                     )   Case No. 05-CV-00397 CRB
                          Plaintiffs,        )
15          v.                               )
                                             )
16 DALE BOSWORTH, in his official capacity   )   STIPULATION AND
   as Chief of the United States Forest Service, )   [PROPOSED] ORDER TO
17 ET AL.,                                   )   EXTEND TIME FOR
                          Defendants,        )   FILING PROPOSED JUDGMENT
18                                           )
   and                                       )
19                                           )
   SIERRA FOREST PRODUCTS,                   )
20                  Defendant-Intervenors.   )
   _____  )
21 PEOPLE OF THE STATE OF CALIFORNIA,        )   Case No. 05-CV-00898 CRB
   ex rel. BILL LOCKYER, Attorney General,   )
22                          Plaintiff,       )
             v.                              )
23                                           )
   UNITED STATES DEPARTMENT OF               )
24 AGRICULTURE; ET AL.,                      )
                          Defendants.        )
25 _____  )

26

27

28
   Case Nos. 05-CV-00397 CRB; 05-CV-00898 CRB
   Stipulation to Extend Time

1          On August 22, 2006, this Court entered Memoranda and Orders resolving these matters

2    on the merits.  Docket Nos. 208 (Civil No. 05-00397) and 70 (Civil No. 05-00898).  Amended

3    Memoranda and Orders were entered on August 25, 2006.   Docket Nos. 209, 210 (Civil No. 05-

4    00397) and 71 (Civil No. 05-00898).  The Court has ordered the Parties to meet and confer to

5    determine if a joint form of judgment can be submitted.  The Parties are to submit such a joint

6    proposal, or individual proposals if no agreement is reached, on or before September 15, 2006.

7    Plaintiffs submitted a draft proposal for consideration on September 11, 2006.  Defendants have

8    been evaluating what to propose for the judgment.  The decision-making relating to the submittal

9    has required substantial internal discussion with Agency management.  Defendants are

10   concluding that process and expect to have a proposal to share with the Plaintiffs by

11   September 15, 2006.  That timing would not allow the Parties to confer on the various drafts and

12   attempt to reach agreement as to a joint proposal.

13          Defendants have suggested the Parties seek an extension of the date for the submittal to

14   September 22, 2006.  Defendant-Intervenors agree that an extension would be beneficial.

15   Plaintiffs do not oppose the suggested extension.  Accordingly, the Parties stipulate and request

16   that the date for submittal of the proposed judgment be extended to September 22, 2006.

17                                              Respectfully submitted,

18                                              Sue Ellen Wooldridge
                                                Assistant Attorney General
19                                              Environment and Natural Resources
                                                 Division
20
                                                _____/ s /_____
21                                              Cynthia S. Huber
                                                Acting Assistant Section Chief
22                                              Rachel Dougan
                                                Trial Attorney
23                                              Natural Resources Section
                                                Environment and Natural Resources
24                                               Division
                                                U.S. Department of Justice
25                                              P.O. Box 663
                                                Washington, D.C. 20044
26                                              (202) 514-5273

27

28
     Case Nos. 05-CV-00397 CRB; 05-CV-00898 CRB
     Stipulation to Extend Time                        -1-

1    Kevin V. Ryan (SBN 118321)
     United States Attorney
2    Northern District of California

3    James Coda (SBN 1012669(WI))
     Assistant United States Attorney
4    Northern District of California
     450 Golden Gate Avenue
5    P.O. Box 36055
     San Francisco, CA 94102
6    (415) 436-6748
     Attorneys For Defendants
7

8    Bill Lockyer
     Attorney General of the State of California
9    Kenneth Alex
     Supervising Deputy Attorney General
10   Sally Knox
     Claudia Polsky
11   Deputy Attorneys General

12
                      By:      /s/ (as authorized on 9/13/06)
13                          Sally Magnani Knox
                            Deputy Attorney General
14                          Attorneys for Plaintiff
                            People of the State of California
15

16                          Patrick Gallagher
                            Eric Huber
17                          Attorneys for the Sierra Club and Tule River
                            Conservancy
18
                            Deborah Reames
19                          George Torgun
                            EARTHJUSTICE
20                          Attorneys for Sierra Nevada Forest Protection
                            Campaign and Center for Biological Diversity
21

22                          Rachel M. Fazio
                            JOHN MUIR PROJECT
23                          Attorneys for Earth Island Institute and Sequoia
                            Forestkeeper
24

25                    By:      /s/ (as authorized on 9/13/06)
                            George Torgun
26                          For Plaintiffs Sierra Club, Tule River, Sierra
                            Nevada Protection Campaign, Earth Island Institute
27                          and Sequoia Forestkeeper

28   Case Nos. 05-CV-00397 CRB; 05-CV-00898 CRB
     Stipulation to Extend Time                    -2-

1

                 /s/ as authorized on 9/13/06
                 Scott Horngren

2

                 Haglund, Kelley, Horngren & Jones LLP
                 Attorneys for Defendant-Intervenors

3

4

5

6      IT IS SO ORDERED.

        Dated:   September 20, 2006

7

8                     Hon. Charles R. Breyer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Case Nos. 05-CV-00397 CRB; 05-CV-00898 CRB
      Stipulation to Extend Time               -3-

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I caused a copy of Stipulation and [Proposed] Order to Extend Time to be served by ECF electronic filing on the following:

| | |
|---|---|
| Patrick Gallagher | Eric Huber |
| Sierra Club | Sierra Club |
| 85 Second Street | 2260 Baseline Road, Suite 105 |
| San Francisco, CA 94104 | Boulder, CO 80302 |
| pat.gallagher@sierraclub.org | Eric.huber@sierraclub.org |
| | |
| Deborah Reames | Rachel Fazio |
| George M. Torgun | P.O. Box 697 |
| Earthjustice | Cedar Ridge, CA 95924 |
| 426 17th Street, 5th Floor | Rfazio@nccn.net |
| Oakland, CA 94612 | |
| dreames@earthjustice.org | |
| gtorgun@earthjustice.org | |
| | |
| Dennis Mac Wilson | Scott Horngren |
| 7801 Folsom Blvd., Suite 105 | Haglund, Kelley, Horngren & Jones LLP |
| Sacramento, CA 95826 | 101 SW Main Street, Suite 1800 |
| denniswilson@covad.net | Portland, OR 97204 |
| | horngren@hk-law.com |

Sally M. Knox
Claudia Polsky
Deputy Attorney General
State of California
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413
510-622-2270
Sally.Knox@doj.ca.gov

_____/s/_____
Cynthia S. Huber
Counsel for Defendants

Case Nos. 05-CV-00397 CRB; 05-CV-00898 CRB
Stipulation to Extend Time